No. 348.  ALBRIGHT *v.* PENNSYLVANIA RAILROAD Co. October 9, 1944.  Petition for writ of certiorari to the Court of Appeals of Maryland denied.  *Messrs. Paul Berman* and *Hamilton O'Dunne* for petitioner.  *Mr. Edward E. Hargest, Jr.* for respondent.

No. 349.  SPRINGFIELD SAND & TILE Co. ET AL. *v.* BAGNEL.  October 9, 1944.  Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Thomas H. Mahony* for petitioners.  *Mr. Roscoe Walsworth* for respondent.

No. 350.  EMPLOYERS GROUP OF MOTOR FREIGHT CARRIERS, INC. ET AL. *v.* NATIONAL WAR LABOR BOARD ET AL. October 9, 1944.  Petition for writ of certiorari to the United States Court of Appeals for the·District of Columbia denied.  *Mr. J. Ninian Beall* for petitioners.  *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Joseph B. Goldman* for respondents.

No. 363.  SAWYER *v.* CROWELL PUBLISHING Co.  October 9, 1944.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Mr. Herbert Goldmark* for petitioner.  *Mr. William I. Denning* for respondent.

No. 382.  SELCHOW & RIGHTER Co. *v.* WESTERN PRINTING & LITHOGRAPHING Co. ET AL.  October 9, 1944.  Petition for writ of certiorari to the Circuit Court of Appeals